Sara B. Allman, Esq., CSB #107932
Steven A. Nielsen, Esq., CSB #133864
' ALLMAN & NIELSEN '
A Professional Corporation
100 Larkspur Landing Circle, Suite 212
Larkspur, CA  94939
Telephone:    (415) 461-2700
Facsimile:    (415) 461-2726

Attorneys for Defendants
CYPRESS ESTATES, INC., HENRY NUNEZ,
and MINNIE AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY HICKS; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC., <br><br>　　　　　Plaintiffs, <br>　　vs. <br><br>CYPRESS ESTATES, INC.; HENRY NUNEZ; and MINNIE AVILA, <br><br>　　　　　Defendants. | Case No.: 1 06 CV 01480 OWW DLB <br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** |

-1-

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

Defendants CYPRESS ESTATES, INC., HENRY NUNEZ, and MINNIE AVILA hereby substitute Sara B. Allman of Allman & Nielsen P.C., CSB #107932 located at 100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939, telephone no. (415) 461-2700 and fax no. (415) 461-2726 as their attorney of record in the above-referenced action in place of Henry Nunez, Esq. of the Law Offices of Henry Nunez, 4478 West Spaatz Avenue, Fresno, CA 93722.

Dated: _____

CYPRESS ESTATES, INC.
By its President _____

Dated: _____

HENRY NUNEZ

Dated: _____

MINNIE AVILA

I ACCEPT THIS SUBSTITUTION.

Dated: March 8, 2007          ALLMAN & NIELSEN, P. C.

By: _____
Sara B. Allman, Esq.
Attorneys for Defendant and Cross-Complainant GABRIELA AGUIRRE and Cross-Complainant RAPHAEL AGUIRRE

-2-

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1  I CONSENT TO THE ABOVE SUBSTITUTION.

2  Dated: _____          Law Office of Henry Nunez

4                                      By: _____
                                       Henry Nunez, Esq.
5                                      Attorneys for Defendants CYPRESS
                                       ESTATES, INC., HENRY NUNEZ, and
6                                      MINNIE AVILA

-3-

**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

PDF created with pdfFactory trial version www.pdffactory.com

1

## ORDER

2

The foregoing substitution of attorneys is authorized by the Court.

3

IT IS SO ORDERED.

4

5

Dated: 3/8/07                                    /s/ Oliver W. Wanger
                                                 Judge Oliver W. Wanger
6                                                JUDGE OF THE UNITED STATES
                                                 EASTERN DISTRICT COURT OF
7                                                CALIFORNIA

8

9

10   \pleadings\substitutionofattorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com