BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOROTHY HICKS; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.** | Case No. 06-CV-01480 OWW DLB |
| **Plaintiffs,** | **JOINT APPLICATION AND STIPULATION REFERRING ACTION TO ASSIGNED MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE; ORDER** |
| vs. | |
| **CYPRESS ESTATES, INC.; HENRY NUNEZ; and MINNIE AVILA,** | |
| **Defendants.** | |

The parties hereby apply for and stipulate to issuance of an order referring this action to Hon. Dennis L. Beck, the assigned magistrate judge, for purposes of conducting a settlement conference.

There is good cause to grant this application for the following reasons:

///

///

///

///

1  First, it is based upon the stipulation of the parties.   Second, the parties believe
2  that a settlement conference will assist them in reaching a resolution of this action.
3      So stipulated.
4      Dated:   March ____, 2007.

                      Respectfully submitted,

                      BRANCART & BRANCART

                      /s/ Christopher Brancart
                      Christopher Brancart
                      Attorneys for Plaintiffs
                      cbrancart@brancart.com

                      ALLMAN & NIELSEN

                      /s/ Sara B. Allman
                      Sara B. Allman
                      Attorneys for Defendants

                      \* \* \*

**ORDER**

Based upon the foregoing application, and good cause appearing therefor, it is hereby ordered that this action is referred to Hon. Dennis L. Beck, United States Magistrate Judge, for purposes of conducting a settlement conference.  The parties are directed to contact Magistrate Judge Beck's chambers to arrange for setting that settlement conference.

IT IS SO ORDERED.

**Dated:   March 30, 2007**           **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE