1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11
12
13

**DOROTHY HICKS; and**
**FAIR HOUSING COUNCIL OF**
**CENTRAL CALIFORNIA, INC.**

**Plaintiffs,**

**Case No.  1:06-CV-1480 OWW DLB**

**ORDER DISCHARGING  ORDER**
**TO  SHOW CAUSE  (DOC. 33)**

14
15

**vs.**

16
17
18

**CYPRESS ESTATES, INC.;**
**HENRY NUNEZ;  and**
**MINNIE AVILA ,**

**Defendants.**

19

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

20    Having considered the explanation of plaintiffs' counsel Christopher

21  Brancart for the failure of plaintiffs' counsel to appear telephonically at the Joint

22  Scheduling Conference on April 6, 2007, at 8:45 a.m., and good cause appearing

23  therefor, the Order to Show Cause (doc. 33) is discharged and the hearing

24  scheduled for May 7, 2007, at 10:00 a.m. is removed from the Court's calender.

25    IT IS SO ORDERED.

26  Dated: 4/17/07                    /s/ Oliver W. Wanger

27                                  UNITED STATES DISTRICT JUDGE

28