1   BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2      Elizabeth Brancart (SBN 122092)
    Post Office Box 686
3   Pescadero, CA 94060
    Tel:    (650) 879-0141
4   Fax:    (650) 879-1103

5   Attorneys for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10
    DOROTHY HICKS; and              )    Case No.  06-CV-01480 OWW DLB
11  FAIR HOUSING COUNCIL OF         )
    CENTRAL CALIFORNIA, INC.        )
12                                  )    CONSENT DECREE
            Plaintiffs,             )    AND FINAL ORDER
13                                  )
                                    )
14      vs.                         )
                                    )
15                                  )
    CYPRESS ESTATES, INC.;          )
16  HENRY NUNEZ;  and               )
    MINNIE AVILA ,                  )
17                                  )
            Defendants.             )
18                                  )
    _____     )
19

20          This action was brought by plaintiffs alleging that defendants violated the federal

21  Fair Housing Act, 42 U.S.C. section 3601 et seq., and the California Fair Employment

22  and Housing Act, Government Code section 12955 et seq., among other laws, by

23  allegedly  discriminating based on disability in the rental of apartments in the complex

24  commonly known as the Cypress Estates Apartments, located in Reedley, California.

25          Defendants have denied that they discriminated in the rental of housing or

26  otherwise violated any of the laws alleged by plaintiffs.

27          The parties have agreed that in order to avoid protracted and costly litigation the

28  controversy should be resolved without a trial or adjudication on the merits and

1    therefore have consented to entry of this decree and order.

2          It is hereby ordered, adjudged and decreed that:

3          1.    By entering into this consent decree and final order ("order"), defendants

4    make no admission of liability or wrongdoing in connection with the allegations and

5    claims made by plaintiffs.

6          2.    Defendants shall make a payment or payments to plaintiffs in the total

7    amount of fifty-five thousand dollars ($55,000.00) in the form of a check or checks

8    made payable to the Attorney-Client Trust Account of Brancart & Brancart.  This

9    amount is inclusive of all attorneys' fees and costs to be paid to plaintiffs' counsel.  This

10   payment shall be made within 30 days of the date of entry of this order.

11         3.    Plaintiffs, Cathy Barnett (daughter of plaintiff Dorothy Hicks and lease

12   signator), and defendants shall execute mutual waivers and releases indicating that the

13   terms of this consent decree and final order constitutes a full and final settlement of any

14   and all claims that they have arising out of the allegations of the complaint in this action.

15   Those mutual waivers and releases shall include a waiver of all known and unknown

16   claims and a waiver of the rights of all parties under California Civil Code section 1542.

17         4.    Defendants, their employees, agents and all others acting on their behalf

18   shall comply with the following terms during the duration of this order:

19               (a)    Obey all laws prohibiting unlawful discrimination in connection with

20   the rental of residential property;

21               (b)    Attend one fair housing training, conducted by Fair Housing Council

22   of Central California, at a mutually agreed upon date.   The training shall not exceed

23   four hours.   Defendants Henry Nunoz and Minnie Avila are required to attend.   Eight

24   additional persons may attend.   Defendants shall pay for the training at the cost of

25   $1,500.00;

26               (c)    Develop and implement house rules at the Cypress Estates

27   Apartments and any other senior housing complex owned by defendants that comply

28   with the senior housing requirements of Civil Code § 51.3, including, but not limited to,

allowing "permitted health care residents" within the meaning of Civil Code § 51.3(b)(7) and "qualified permanent residents" within the meaning of Civil Code § 51.3(b)(2) & (3);

(d) Give notice of and distribute a copy of those newly developed house rules to all residents at the Cypress Estates Apartments and any other senior housing complex owned by defendants;

(e) Post a fair housing sign (HUD official form 928) in a conspicuous location that can be seen by tenants and prospective tenants at the Cypress Estates Apartments and any other senior housing complex owned by defendants;

(f) Provide a copy of DFEH brochures ("Fair Housing Fact Sheet," DFEH/FS/06-2003) to all tenants and prospective tenants at the Cypress Estates Apartments and any other senior housing complex owned by defendants; and

(g) Defendant Henry Nunez shall certify by letter to the Fair Housing Council that defendants have complied with the terms of the consent decree every year for the duration of the consent decree.

4. Plaintiff Dorothy Hicks and her daughter Cathy Barnett shall execute a lease agreement with Cypress Estates.   This lease agreement shall be same lease agreement that other tenants are required to execute.  Ms. Hicks and Ms. Barnett acknowledge that the lease agreement provides that they must obey all laws, including the Reedley City Municipal Code, and that any violation of those laws may breach of the lease and if so will be a basis for defendants to pursue any and all remedies subject to state law, including but not limited to eviction.

5. This order shall be in effect for a period of three years from the date of entry and the Court shall retain jurisdiction for purposes of enforcement.  This order will terminate at the end of the three-year period, and the action shall be dismissed with prejudice.

6. The parties agree to attempt to work out in good faith any disputes that arise under the terms of this order.  Only after good faith mediation attempts have been exhausted will the parties request the assistance of the Court in resolving the dispute.

-3-

7. If plaintiff Dorothy Hicks is deemed by defendants to be in violation of her lease, then defendants shall provide Christopher Brancart, by fax at (650) 879-1103, with a copy of any correspondence and/or notice given to Ms. Hicks pertaining thereto.

IT IS SO ORDERED.

**Dated:    July 20, 2007            _____/s/ Oliver W. Wanger_____**
UNITED STATES DISTRICT JUDGE

-4-