BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DOROTHY HICKS; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, INC.** <br><br> Plaintiffs, <br><br> vs. <br><br> **CYPRESS ESTATES, INC.; HENRY NUNEZ; and MINNIE AVILA,** <br><br> **Defendants.** | Case No. 06-CV-01480 OWW DLB <br><br> **JOINT APPLICATION AND STIPULATION RE DISMISSAL PURSUANT TO CONSENT DECREE;  ORDER** |

The parties hereby apply for and stipulate to issuance of an order dismissing this action, without prejudice, pursuant to the terms of the consent decree and final

///
///
///
///
///

order, lodged currently with this application. The Court shall retain jurisdiction for purposes of enforcement only.

So stipulated.

Dated:   June ___, 2007.

                          Respectfully submitted,

                          BRANCART & BRANCART


                          /s/ Christopher Brancart
                          Christopher Brancart
                          Attorneys for Plaintiffs
                          cbrancart@brancart.com


                          ALLMAN & NIELSEN, P.C.


                          /s/ Sara B. Allman
                          Sara B. Allman
                          Attorneys for Defendants

                          * * *

## ORDER

Based upon the foregoing application, and good cause appearing therefor, it is hereby ordered that this action is dismissed, without prejudice, pursuant to the terms of the consent decree and final order, which is entered concurrently herewith. The Court shall retain jurisdiction for purposes of enforcement only.

IT IS SO ORDERED.

**Dated:   July 20, 2007**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE